# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STREAM TV NETWORKS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 22-851-RGA ) |
| SHADRON STASTNEY, ARTHUR LEONARD ROBERT MORTON, ALASTAIR CRAWFORD, ASAF GOLA, KEVIN GOLLOP, KRZYSZTOF KABACINSKI, PATRICK MILES, ROBERT PETCH, HAWK INVESTMENT HOLDINGS LIMITED, and JOHN DOES 1-75, | ) ) ) **JURY TRIAL DEMANDED** ) ) ) ) ) ) |
| Defendants. | ) |

## DECLARATION OF SERVICE FOR ALASTAIR CRAWFORD

I, Stephanie H. Dallaire, declare as follows:

1. I am an attorney at the law firm of McCarter & English, LLP, counsel to Plaintiff Stream TV Networks, Inc. in this action.

2. On October 1, 2022, true and correct copies of the Summons, First Amended Complaint, and related papers were served on Defendant Alastair Crawford, c/o 48 Lamont Road, London, SW10 0HX, England pursuant to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters. A copy of the certificate from the Senior Courts of England and Wales attesting to the completion of service is attached as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Dated: November 30, 2022 | MCCARTER & ENGLISH, LLP |
| | |
| | */s/ Stephanie H. Dallaire* |
| | Andrew S. Dupre (No. 4621) |
| | Brian R. Lemon (No. 4730) |
| | Stephanie Dallaire (No. 5184) |
| | Renaissance Centre |
| | 405 N. King Street, 8th Floor |
| | Wilmington, DE 19801 |
| | T: (302) 984-6300 |
| | |
| | *Attorneys for Plaintiff* |