# EXHIBIT A

CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

1) that the document has been served the (date):
que le demande a ete executee le (date):

   **Thursday 13 October 2022**

   at (place, street, number):
   a (localite, rue, numero):

   **78 Ellerby Street, London, SW6 6EZ, England**

   - in one of the following methods authorised by article 5:
   - dans une des formes suivantes prevues a l'article 5:

   a) ~~in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention~~
   ~~selon les formes legales (article 5, alinea premier, lettre a)~~

   b) in accordance with the following particular method:
   selon la forme particuliere suivante:

   **Served upon Krzysztof Kabacinski at the direction of the Senior Master of the King's Bench Division of the Senior Courts of England and Wales by the agent for the purpose of Graham Henry Bridgman, a Solicitor of the Senior Courts of England and Wales, by a method prescribed by the internal law of England and Wales for the service of documents upon persons who are within its territory. The documents, as more fully described in the witness statement of Nigel Roger Walker dated 17 October 2022 (a certificated copy of which is annexed hereto), were served as described in that witness statement with a deemed date of service as above under English court rules.**

   c) ~~by delivery to the addressee, who accepted it voluntarily~~
   ~~par remise simple~~

   ~~the documents referred to in the request have been delivered to:~~
   ~~les documents mentionnes dans la demande ont ete remis a:~~

   ~~-(identity and description of person):~~
   ~~-(identite et qualite de la personne):~~

   ~~-relationship to the addressee (family, business or other):~~
   ~~-liens de parente de subordinaion ou autres avec le desinataire de l'acts:~~

2) ~~that the document has not been served, by reason of the following facts:~~
   ~~que la demande n'a pas ete executee, en raison des faits suivants~~:

~~in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses detailed in the attached statement~~
~~conformenent a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint~~

Annexes
Documents returned
Pieces renvoyees
in appropriate cases, documents establishing the service
le cas echeant, les documents justicatifs de l'execution

Done at **London**
Fait a

the (date): 31 October 2022
le:

Signature and/or stamp:
Signature et/ou cachet:

Master David Cook

Room E112
Royal Courts of Justice
London, WC2A 2LL

[Stamp: SENIOR COURTS OF ENGLAND AND WALES · FOREIGN PROCESS SECTION · 3 1 OCT 2022]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STREAM TV NETWORKS, INC.,

    Plaintiff,

v.

SHADRON STASTNEY, ARTHUR LEONARD
ROBERT MORTON, et al.

    Defendants.

No.: 22-851-RGA

**Witness Statement of Service in accordance with sub paragraph (b)
of the first paragraph of article 5, Hague Convention
on the Service Abroad of Judicial and
Extrajudicial Documents In Civil or Commercial Matters**

I, **NIGEL ROGER WALKER**, Process Server, acting under the instructions of Across The Pond Process Service, of Moorside, Moor Lane, Menston, LS29 6AS, England, say as follows:

1. In the matters detailed below I was acting as agent for Graham Henry Bridgman a Solicitor of the Senior Courts of England and Wales who was in turn acting at the direction of the Central Authority of England and Wales.

2. In this witness statement I refer to the following documents as "the Service Documents":

    a. Summons in a Civil Action;

    b. First Amended Complaint with Exhibits A-C; and

    c. the Hague Service Convention Summary of the Document to be Served and the Hague Service Convention Notice (together "the Hague Documents").

3. Exhibited hereto marked 'A' are copies of the Hague Documents.

4. On Tuesday the 11th day of October 2022 at 1:00 pm I served KRZYSZTOF KABACINSKI, one of the Defendants herein, with the Service Documents by delivering them to and leaving them at his usual residence at 78 Ellerby Street, London, SW6 6EZ, England, "the Service Address", which is a method of service in accordance with English Court rules. Under those rules, the deemed date of service is Thursday the 13th day of October 2022.

I hereby certify that this is a true copy of the original

Signature ..........
G H Bridgman LLB Solicitor

5. The door was answered by Mia Zhao, who confirmed that the Service Address is Krzyszyof Kabacinski's usual residence, although he was not present at the time. She confirmed that he would receive the Service Documents.

6. I believe that service has been effected, as directed by the requesting authority, in accordance with a method prescribed by the internal law of England and Wales and thus in accordance with sub paragraph (b) of the first paragraph of article 5, Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

**STATEMENT OF TRUTH**

I believe that the facts stated in this witness statement are true. I understand that proceedings for contempt of court may be brought against anyone who makes, or causes to be made, a false statement in a document verified by a statement of truth without an honest belief in its truth.

Dated: 17 October 2022

Signed: _____

**NIGEL ROGER WALKER**

I hereby certify that this is a true copy of the original

Signature ............................
G H Bridgman LLB Solicitor

Date 19 October 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STREAM TV NETWORKS, INC.,

    Plaintiff,

v.

SHADRON STASTNEY, ARTHUR LEONARD
ROBERT MORTON, et al.

    Defendants.

No.: 22-851-RGA

**Exhibit A to the Witness Statement of NIGEL ROGER WALKER**

This is the exhibit marked "A" to my witness statement dated today.

Dated: 17 October 2022

Signed: _____

**NIGEL ROGER WALKER**

# NOTICE
*(recommended by the Fourteenth Session of Hague Conference of October, 1980)*

**identité et adresse du destinataire**
*identity and address of the addressee*

> Krzysztof KABACINSKI, *an individual*
> Bentley House 22 Blue Gardens
> Hammersmith Broadway
> Hammersmith
> London W6 7DR, England
> UNITED KINGDOM
> – OR –
> wherever defendant may be found in the United Kingdom

## TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :

> Community Legal Aid Society, Inc.
> 100 West 10th Street, Suite 801
> Wilmington, Delaware 19801
> U.S.A.
> Tel. 1.302.575.0660

## IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

> Community Legal Aid Society, Inc.
> 100 West 10th Street, Suite 801
> Wilmington, Delaware 19801
> U.S.A.
> Tel. 1.302.575.0660

Case No.: 1:22-cv-00851-RGA

# SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial
matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares
en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*
(article 5, fourth paragraph)
*(article 5, alinéa 4)*

| | |
|---|---|
| **Name and address of the requesting authority:** *Nom et adresse de l'autorité requérante :* | Tom R. McLean, Esq. LEGAL LANGUAGE SERVICES 8014 State Line Road, Suite 110, Leawood, Kansas 66208, U.S.A. Tel. 1.913.341.3167 |

**Particulars of the parties\*:**
*Identité des parties :* STREAM TV NETWORKS, INC., *Plaintiff*
SHADRON STASTNEY, ARTHUR LEONARD ROBERT MORTON, ALASTAIR CRAWFORD, ASAF GOLA, KEVIN GOLLOP, KRZYSZTOF KABACINSKI, PATRICK MILES, ROBERT PETCH, HAWK INVESTMENT HOLDINGS LIMITED, and JOHN DOES 1-75, et al., *Defendants*

## JUDICIAL DOCUMENT\*\*
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :* To give notice to the Defendant of the commencement of a civil claim against him and to summon him to answer or otherwise respond.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige :* A civil action has been commenced against the Defendant.

**Date and place for entering appearance\*\*:**
*Date et lieu de la comparution :* Within twenty-one (21) days after service of the Summons (not counting the day of receipt), Defendant must serve on the Plaintiff's Attorney (McCarter & English, LLP) an Answer to the attached Complaint or a Motion under Rule 12 of the Federal Rules of Civil Procedure. Defendant also must file his Answer or Motion with the United States District Court, District of Delaware, located at: J. Caleb Boggs Federal Building, 844 North King Street, Unit 26, Wilmington, Delaware 19801, U.S.A.

**Court which has given judgment\*\*:**
*Juridiction qui a rendu la décision :* N/A

**Date of judgment\*\*:**
*Date de la décision :* N/A

**Time limits stated in the document\*\*:**
*Indication des délais figurant dans l'acte :* Within twenty-one (21) days after service of the Summons (not counting the day of receipt), Defendant must serve on the Plaintiff's Attorney (McCarter & English, LLP) an Answer to the attached Complaint or a Motion under Rule 12 of the Federal Rules of Civil Procedure. If Defendant fails to respond, Judgment by default will be entered against him for the relief demanded in the Complaint. Defendant also must file his Answer or Motion with the court.

## EXTRAJUDICIAL DOCUMENT\*\*
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :* N/A

**Time limits stated in the document\*\*:**
*Indication des délais figurant dans l'acte :* N/A

\* If appropriate, identity and address of the person interested in the transmission of the document.
*S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
\*\* Delete if inappropriate.
*Rayer les mentions inutiles.*

★U.S. Government Printing Office: 1990-262-211/15302

3