# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STREAM TV NETWORKS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 22-851-RGA |
| | ) |
| SHADRON STASTNEY, ARTHUR LEONARD ROBERT MORTON, ALASTAIR CRAWFORD, ASAF GOLA, KEVIN GOLLOP, KRZYSZTOF KABACINSKI, PATRICK MILES, ROBERT PETCH, HAWK INVESTMENT HOLDINGS LIMITED, and JOHN DOES 1-75, | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendants. | ) |

## **DECLARATION OF SERVICE FOR ARTHUR LEONARD ROBERT MORTON**

I, Stephanie H. Dallaire, declare as follows:

1. I am an attorney at the law firm of McCarter & English, LLP, counsel to Plaintiff Stream TV Networks, Inc. in this action.

2. On September 26, 2022, true and correct copies of the Summons, First Amended Complaint, and related papers were served on Defendant Arthur Leonard Robert Morton, Hawk House, Park Estate, La Route Des Genets, St. Brelade, Jersey JE3 8EQ, Channel Islands pursuant to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters. A copy of the certificate attesting to the completion of service is attached as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Dated: December 5, 2022 | MCCARTER & ENGLISH, LLP |
| | */s/ Stephanie H. Dallaire*<br>Andrew S. Dupre (No. 4621)<br>Brian R. Lemon (No. 4730)<br>Stephanie Dallaire (No. 5184)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>T: (302) 984-6300<br><br>*Attorneys for Plaintiff* |