# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STREAM TV NETWORKS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 22-851-CJB |
| SHADRON STASTNEY, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW the appearance of Tyler B. Burns of the law firm Ballard Spahr LLP as counsel for Defendants Alastair Crawford, Patrick Miles, Robert Petch, and Shadron Stastney.

PLEASE ENTER the appearance of R. Michael Lindsey of the law firm Ballard Spahr LLP as counsel for Defendants Alastair Crawford, Patrick Miles, Robert Petch, and Shadron Stastney.

Dated: April 21, 2023

| | |
|---|---|
| */s/ Tyler B. Burns* | */s/ R. Michael Lindsey* |
| Tyler B. Burns (No. 6978) | R. Michael Lindsey (No. 2711) |
| Ballard Spahr LLP | Ballard Spahr LLP |
| 919 N. Market Street, 11th Floor | 919 N. Market Street, 11th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Tel: (302) 252-4465 | Tel: (302) 252-4465 |
| Burnst@ballardspahr.com | Lindseyrm@ballardspahr.com |
| *Withdrawing Counsel for Defendants Alastair Crawford, Patrick Miles, Robert Petch, and Shadron Stastney* | *Entering Counsel for Defendants Alastair Crawford, Patrick Miles, Robert Petch, and Shadron Stastney* |