# K&L GATES

Steven L. Caponi, Esq.<br>
steven.caponi@klgates.com<br>
T 302-416-7080

March 18, 2024

**Via Electronic Filing**
Magistrate Judge Christopher J. Burke
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 28
Room 2325
Wilmington, DE 19801-3555

**Re:**   *Stream TV Networks, Inc. v. Stastney, et al.*, **1:22-cv-851-CJB**

Dear Magistrate Judge Burke:

Pursuant to the Court's Order dated March 17, 2023 (D.I. No. 79), we write on behalf of all parties to submit a joint status report regarding the status of the bankruptcy proceeding. The parties agree that a bankruptcy stay continues to apply to this matter. In addition, a trustee has been appointed to manage the estate of Stream TV Networks, Inc., and the trustee will enter its appearance in due course.

Respectfully submitted,

*/s/ Steven L. Caponi*

Steven L. Caponi (No. 3484)


cc:   All counsel of record (*via CM/ECF*)